[No. 18518-4-III. Division Three. July 25, 2000.]

*In the Matter of the Guardianship of* FLOYD BRUCE NICHOLSON.
*Estate of* NICHOLSON, *Appellant,* v. NANETTE RENEE PHIPPS, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 96-4-01345-7, Robert D. Austin, J., entered May 21, 1999. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Sweeney and Schultheis, JJ.

[No. 18522-2-III. Division Three. July 25, 2000.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES LEE SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 98-1-02070-0, Salvatore F. Cozza, J., entered June 14, 1999. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Brown and Kato, JJ.

[No. 18573-7-III. Division Three. July 25, 2000.]

STACEY SAWYER, *Respondent,* v. THE CITY OF OROVILLE POLICE DEPARTMENT, *Appellant.*

Appeal from a judgment of the Superior Court for Okanogan County, No. 94-2-00109-6, Jack Burchard, J., entered June 28, 1999. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kurtz, C.J., and Kato, J.

[No. 18558-3-III. Division Three. July 25, 2000.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL EARL BELL, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 99-1-00308-1, Kathleen M. O'Connor, J., entered July 27, 1999. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Brown and Kato, JJ.